**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 46 MAL 2023

               Respondent               :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

             v.                       :

                                 :

SHIRLEY JEAN MOORE,                :

                        :

              Petitioner             :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 10th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.